```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        daniel.pastor@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 21-373-YGR-1 |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS FROM NOVEMBER 23, 2021 TO DECEMBER 7, 2021 AND TO EXCLUDE TIME FROM NOVEMBER 23, 2021 THROUGH DECEMBER 7, 2021;** [PROPOSED] **ORDER** |
| v. | |
| VERNELL THROWER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through counsel that:

1.  Defendant Vernell Thrower made his initial appearance on October 22, 2021.

2.  Defense counsel requested that the arraignment on the Indictment and the appointment of counsel be postponed while counsel continued to discuss whether the defendant will retain counsel's firm in this case. Counsel represents the defendant in pending Case No. CR19-043-YGR-12. The magistrate court has set November 23, 2021 for a further appearance regarding I.D. of counsel.

3.  The parties are negotiating a resolution to this matter, and the defendant and counsel are continuing to discuss whether counsel will be retained in this case.

4.  Based on the foregoing and taking into account the public interest in the prompt disposition of criminal cases, there is good cause to exclude the time from November 23, 2021 through

1  December 7, 2021 from computation under the Speedy Trial Act. Failure to grant the requested
2  exclusion of time would deny defense counsel the reasonable time necessary for effective preparation,
3  taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice
4  served by granting the requested continuance outweigh the best interests of the public and the defendant
5  in a speedy trial and in the prompt disposition of criminal cases. See id. § 3161(h)(7)(A).

  IT IS SO STIPULATED

                                        STEPHANIE M. HINDS
                                        Acting United States Attorney

Dated: November 22, 2021                ___/s/_____
                                        Daniel Pastor
                                        Assistant United States Attorney


Dated:  November 22, 2021               _____/s/_____
                                        Alexander P. Guilmartin
                                        Counsel for Defendant Vernell Thrower

**[PROPOSED] ORDER**

Based upon the facts set forth above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from November 23, 2021 through December 7, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant the effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The I.D. of counsel status set for November 23, 2021 is continued to December 7, 2021 before the duty magistrate judge on the Oakland magistrate calendar because the matter has been assigned to Judge Gonzalez Rogers.

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 22, 2021

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge